Case: 1:14-cv-07398 Document #: 343-1 Filed: 12/30/16 Page 1 of 7 PageID #:2570

**GET HELP NOW 312.243.5900**
**TOLL FREE 888.644.6459**



# Altering Convictions
## Advocacy for Social Justice

Loevy & Loevy (http://www.loevy.com) > Blog (http://www.loevy.com/blog/) > Featured (http://www.loevy.com/blog/category/featured/) > Medieval Medical Care in Prison

**Share This Page:**

6       1

# MEDIEVAL MEDICAL CARE IN PRISON

Posted on May 26, 2016 by Debra Loevy (http://www.loevy.com/blog/author/debra-loevy/)+ ()

A growing number of Americans are increasingly concerned about the rise of the private prison industry and how mass incarceration is fueled by private companies making wild profits by keeping our nation's prisons full, regardless of crime rates. One of the most appalling ways in which the prison industry makes money is by depriving inmates of necessary medical care. People may be quick to dismiss the problem of woefully inadequate medical care in prison, thinking that prisoners don't deserve to use tax payer money for their medical needs. But when you hear about the absolutely barbaric, medieval medical care in prisons and the unbelievable profits being made by the prison medical industry, it is clear that this situation is morally wrong.

Prisons in our country are frequently run by private companies seeking to maximize profits and earning billions of dollars in annual revenue (https://www.washingtonpost.com/posteverything/wp/2015/04/28/how-for-profit-prisons-have-become-the-biggest-lobby-no-one-is-talking-about/) from taxpayers. Joining this taxpayer-funded feeding frenzy are the for-profit medical corporations who are supposed to provide medical care to inmates. These companies almost always sign contracts to handle all of the medical issues in a prison or jail for a set fee, so they

Exhibit 1

have a profit motive to provide as little actual medical care as possible to enhance profits. The result is highly disturbing. Loevy & Loevy's Prisoners' Rights Project (http://www.loevy.com/prisoners-rights-project/) hears countless stories of how this often plays out – people in dire need of medical care being offered aspirin and people dying of treatable ailments. Frequently, basics like sanitary equipment and standard treatment for common conditions are neglected. Record keeping and follow up is abysmal, making it hard to track this grossly neglectful care.

For instance, Loevy & Loevy client Aaron Piercy's father was 54 years old when he stepped foot in Whiteside County Jail. Whiteside County Jail contracts with Advanced Correctional Healthcare, Inc. (ACH for short), a for-profit medical care company, to provide medical care at the jail.  ACH advertises itself to cash-strapped counties as the cheapest way to provide medical care.  Unfortunately for Mr. Piercy's father, that cheap price cost him his life. Shortly after Mr. Piercy arrived at the jail, he began vomiting blood (a sign of internal bleeding).  Rather than give Mr. Piercy the life-saving care that he needed, ACH kicked the can down the road, ignoring his complaints and refusing to provide him even a basic evaluation.  Eventually, Mr. Piercy's internal bleeding killed him.  What began as a two-year sentence for a non-violent crime turned into a death sentence.  ACH, meanwhile, made $37.6 million dollars (https://shadowproof.com/2015/08/03/advanced-correctional-healthcares-brutal-brand-of-jailhouse-medicine/) in 2012.

And Mr. Piercy's story is by no means unique. Nineteen-year-old Duendrez Woods (http://www.motherjones.com/politics/2014/10/alabama-jailers-watched-three-inmates-died-their-cells) died of gangrene from an open wound on his foot. Mr. Woods' "medical care" consisted of being dragged into the showers when the stench from his wound was too strong and being tasered multiple times for being "uncooperative." Medical records showed that Mr. Woods went days without eating or drinking, but no one even bothered to take his blood pressure. There are thousands of similar stories.

Our government maintains that when people are found guilty of certain crimes, it is entitled to imprison them. But utter barbarism is not part of the bargain. The United States was a pioneer in including in its Constitution a ban on cruel and unusual punishment. We have lost sight of that founding principle. That we have done so in order to allow private companies to turn a bigger profit is obscene, particularly since it is the taxpayers that are funding it. Prisoners held at the mercy of the government must be provided with basic health care. Fyodor Dostoyevsky famously said, "The degree of civilization in a society can be judged by entering its prisons." America is failing profoundly by that measure.

Share This Post:

 6          1


()
**Author:** Debra Loevy ()
Debra graduated cum laude from University of Michigan Law School in 1995. She has extensive experience addressing poverty law issues and criminal defense appeals. She is admitted to practice in the U.S. Supreme Court, the Illinois Supreme Court, and multiple courts of appeal and district courts.


(/contact/)
**Contact an Attorney** (/attorneys/)
If you are considering a claim and seeking whistleblower protection, know your rights and options.
**Contact Loevy & Loevy** (/contact/) today to discuss your case with our knowledgeable qui tam attorneys.

**Categories:** Featured (http://www.loevy.com/blog/category/featured/), Prisoners' Rights (http://www.loevy.com/blog/category/prisoner-rights-project/)

**Tags:** Advanced Correctional Healthcare (http://www.loevy.com/blog/tag/advanced-correctional-healthcare/), cruel and unusual punishment (http://www.loevy.com/blog/tag/cruel-and-unusual-punishment/), Inmate health care (http://www.loevy.com/blog/tag/inmate-health-care/), Mass Incarceration (http://www.loevy.com/blog/tag/mass-incarceration/), prison medical care (http://www.loevy.com/blog/tag/prison-medical-care/), Prisoners' Rights Project (http://www.loevy.com/blog/tag/prisoners-rights-project/), prisons for profit (http://www.loevy.com/blog/tag/prisons-for-profit/)

Get news and articles sent directly to your email. Subscribe to our blog.

**Email** *

Subscribe!

## Comments:

- Please contact our office at 312-243-5900 (or electronically, via our website at www.loevy.com), and we would be happy to try to assist you. I'm sorry you had such an awful experience, and I hope our Prisoners' Rights Project can help.
  *by: Debra Loevy on 2016-05-31 13:09:08*
- I am interested in discussing my experience with horrible medical care and lasting damage caused by the lack of proper care, when aware of issues that if properly managed could have prevented permanent issues I now have.
  *by: rachel on 2016-05-30 13:55:39*

## Leave a Comment

**Comment:**

**Name:** *

Case: 1:14-cv-07398 Document #: 343-1 Filed: 12/30/16 Page 4 of 7 PageID #:2573

**Email:** *

[ Submit comment » ]

# GET HELP
## SUBMIT YOUR CASE FOR FREE EVALUATION
# CALL 312.243.5900
### OR
[ EMAIL NOW › ]

POLICE MISCONDUCT

FRAUD WHISTLEBLOWER

COMMERCIAL LITIGATION

**SEARCH**

[ Search for ]

[ Search ]

🏠 **BLOG** (/blog/)

**Supreme Court** (/blog/category/supreme-court/)

**Wrongful imprisonment** (/blog/category/wrongful-imprisonment/)

| |
|---|
| **Class Action** (/blog/category/class-action/) |
| **Big Wins** (/blog/category/big-wins/) |
| **Featured** (/blog/category/featured/) |
| **Loevy in the News** (/blog/category/loevy-in-the-news/) |
| **News at the firm** (/blog/category/news-at-the-firm/) |
| **Wrongful Convictions** (/blog/category/wrongful-convictions-2/) |
| **Police Misconduct** (/blog/category/police-misconduct/) |
| ⁃ Police spying (/blog/category/police-misconduct/police-spying/) |
| ⁃ Police Brutality (/blog/category/police-misconduct/police-brutality/) |
| ⁃ Police Shootings (/blog/category/police-misconduct/police-shootings/) |
| **Juvenile Justice** (/blog/category/juvenile-justice/) |
| **Whistleblower Protection** (/blog/category/whistleblower-protection/) |
| ⁃ Medicare/Medicaid Fraud (/blog/category/whistleblower-protection/medicaremedicaid-fraud/) |
| ⁃ Pharmaceutical Fraud (/blog/category/whistleblower-protection/pharmaceutical-fraud/) |
| ⁃ Financial Fraud (/blog/category/whistleblower-protection/financial-fraud/) |
| **Prisoners' Rights** (/blog/category/prisoner-rights-project/) |
| ⁃ Sentencing (/blog/category/prisoner-rights-project/sentencing/) |
| **FOIA** (/blog/category/foia/) |
| **Videos** (/blog/category/videos/) |
| **More** (/blog/category/more/) |

THE LOEVY & LOEVY **DIFFERENCE**

**BIG WINS ❯** (/big-wins/)

**ATTORNEYS ❯** (/attorneys/)



## BLOG (/blog/)

### The Importance of the Pipeline Protests (http://www.loevy.com/blog/the-importance-of-the-pipeline-protests/)

A militarized response to a peaceful protest has no place in a civilized democracy. Such a response shows how our government systems often […]

Read more ❯ (http://www.loevy.com/blog/the-importance-of-the-pipeline-protests/)

### Tracking Police Shootings (http://www.loevy.com/blog/tracking-police-shooting/)

The federal government has finally decided that tracking national data about police shootings and in-custody police deaths is important. With […]

Read more ❯ (http://www.loevy.com/blog/tracking-police-shooting/)

### BREAKING–Ohio's Largest-Ever Wrongful Conviction Verdict Upheld (http://www.loevy.com/blog/breaking-ohios-largest-ever-wrongful-conviction-verdict-upheld/)

Cleveland slammed by judge for evading responsibility for 2013 award, upping the ante to $14.6M David Ayers spent 11-1/2 years […]

Read more ❯ (http://www.loevy.com/blog/breaking-ohios-largest-ever-wrongful-conviction-verdict-upheld/)

ARE YOU A REFERRING ATTORNEY? (/civil-rights-whistleblower-attorney-referrals/)

BLOG (/BLOG/)   |   THE EXONERATION PROJECT (HTTP://WWW.EXONERATIONPROJECT.ORG/)   |   PRISONERS' RIGHTS PROJECT (/PRISONERS-RIGHTS-PROJECT/)   |   CAREERS (/CIVIL-RIGHTS-ATTORNEY-JOBS/)   |   CONTACT US (/CONTACT/)

© 2016 by Loevy & Loevy. All rights reserved.   |   Disclaimer (/disclaimer/)   |   Site Map (/site-map/)   |   Privacy Policy (/privacy-policy/)

Remote Access (https://remote.loevy.com/Remote/logon?ReturnUrl=%2fremote)   |
Loevy Intranet (https://remote.loevy.com/Remote/logon?ReturnUrl=%2fremote)