## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Aaron Piercy, as Administrator of the Estate of Dale Piercy, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   14 C 7398 |
| Advanced Correctional Healthcare, Inc., | ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendant. | ) | |

## ORDER

Jury deliberations held and concluded.   Jury returns its verdict in favor of Defendant Advanced Correctional Healthcare, Inc., and against the Plaintiff.   Motion for judgment as a matter of law [472] is terminated as moot.   Judgment is entered in favor of Defendant and against Plaintiff.   Trial Ends – Jury.

ENTER:

Dated: October 4, 2017

REBECCA R. PALLMEYER
United States District Judge

(T:00:07)