IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AARON PIERCY, as Administrator of the Estate of Dale Piercy, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 14 C 7398 |
| WHITESIDE COUNTY, et al., | ) ) ) | |
| Defendants. | ) | Judge Rebecca R. Pallmeyer |

**NOTICE OF PAYMENT BY IDOC DEFENDANTS**

Plaintiff Aaron Piercy, as Administrator of the Estate of Dale Piercy, hereby notifies the Court that the IDOC Defendants have paid the amount they owed under their settlement agreement with Plaintiff, and have therefore complied with the Court's January 9, 2018 Order directing payment by February 16, 2018. *See* Dkt. 489.

Respectfully Submitted,

/s/ Scott Rauscher
Mike Kanovitz
Scott Rauscher
Sarah Grady
Julia Rickert
LOEVY & LOEVY
311 N. Aberdeen St, 3rd Fl.
Chicago, Illinois 60607
Phone: (312) 243-5900
Fax:    (312) 243-5902

*Attorneys for Plaintiff*